UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CRIMINAL NO. 2003-M-0454-RBC |
| ) | |
| JOSE VEZGA ) | |

DEFENDANT'S ASSENTED-TO REQUEST FOR ADDITIONAL TIME
TO FILE NON- DISCOVERY MOTIONS

      Page Kelley, counsel for Jose Vezga, respectfully requests that this Court permit her to have an additional four days to Friday, November 26, to file the defendant's non-discovery motions, which are presently due November 22, 2004. Assistant United States Attorney Rachel Hershfang has no objection to this request.

      Counsel intends to file a motion to suppress evidence and statements and a motion to suppress unlawful fruits of electronic surveillance. She requests additional time because in spite of her best efforts to finish the defendant's motions before Monday, November 22, she is unable to do so. The reasons for the delay include unforeseen family obligations, so that counsel is unable to work the weekend of November 20 as planned, and unforeseen problems with sorting the calls pertaining to the defendant. One issue counsel intends to raise concerns the minimization, or lack thereof, of the calls pertaining to the defendant Jose Vezga. Only last week was counsel able to reliably cull the defendant's 114 intercepted calls from the thousands of calls provided by the Government. Counsel is presently in the process of listening to each of these calls in order to make an argument concerning the minimization requirements having been violated.

Counsel thus requests an additional four days from Monday, November 22 to Friday, November 26, to complete these motions.

JOSE VEZGA
By his attorney,

/s/ Page Kelley

Page Kelley
  B.B.O. #548237
Federal Defender Office
408 Atlantic Avenue, 3rd Floor
Boston, MA  02110
Tel: 617-223-8061

November 19, 2004
